# EXHIBIT A

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | Case Year | Docket Number |
|---|---|---|
| 6 2 1 C H | 2 0 1 4 | 0 2 5 V |

County # Judicial Court ID
District (CH, CI, CO)

Local Docket ID

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2009)

0 7 / 0 / 1 5
Month  Date  Year
This area to be completed by clerk    Case Number if filed prior to 1/1/94

In the **CHANCERY** ☒ Court of **SCOTT** ☒ County — Judicial District

**Origin of Suit** (Place an "X" in one box only)
☒ Initial Filing ☐ Reinstated ☐ Foreign Judgment Enrolled ☐ Transfer from Other court ☐ Other
☐ Remanded ☐ Reopened ☐ Joining Suit/Action ☐ Appeal

**Plaintiff - Party(ies) initially Bringing Suit Should be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual **WESTBERRY** **PATTY**
Last Name            First Name          Maiden Name, if applicable   M.I.   Jr/Sr/III/IV
____ Check ( x ) if individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check ( x ) if individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

Address of Plaintiff _____

Attorney (Name & Address) S. Malcolm O. Harrison, Post Office Box 483, Jackson, MS 39205   MS Bar No. 9965
____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: *Malcolm O. Harrison*

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual _____
Last Name            First Name          Maiden Name, if applicable   M.I.   Jr/Sr/III/IV
____ Check ( x ) if individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
____ Check ( x ) if individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

Business _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

Attorney (Name & Address) - If Known _____   MS Bar No. _____

**Damages Sought:** Compensatory $ _____ Punitive $ _____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
☐ Child Custody/Visitation
☐ Child Support
☐ Contempt
☐ Divorce:Fault
☐ Divorce: Irreconcilable Diff.
☐ Domestic Abuse
☐ Emancipation
☐ Modification
☐ Paternity
☐ Property Division
☐ Separate Maintenance
☐ Termination of Parental Rights
☐ UIFSA (eff 7/1/97; formerly URESA)
☐ Other

**Appeals**
☐ Administrative Agency
☐ County Court
☐ Hardship Petition (Driver License)
☐ Justice Court
☐ MS Dept Employment Security
☐ Worker's Compensation
☐ Other

**Business/Commercial**
☐ Accounting (Business)
☐ Business Dissolution
☐ Debt Collection
☐ Employment
☐ Foreign Judgment
☐ Garnishment
☐ Replevin
☐ Other

**Probates**
☐ Accounting (Probate)
☐ Birth Certificate Correction
☐ Commitment
☐ Conservatorship
☒ Guardianship
☐ Heirship
☐ Intestate Estate
☐ Minor's Settlement
☐ Muniment of Title
☐ Name Change
☐ Testate Estate
☐ Will Contest

**Children/Minors - Non-Domestic**
☐ Adoption - Contested
☐ Adoption - Uncontested
☐ Consent to Abortion Minor
☐ Removal of Minority
☐ Other

**Civil Rights**
☐ Elections
☐ Expungement
☐ Habeas Corpus
☐ Post Conviction Relief/Prisoner
☐ Other

**Contract**
☐ Breach of Contract
☐ Installment Contract
☐ Insurance
☐ Specific Performance
☐ Other

**Statutes/Rules**
☐ Bond Validation
☐ Civil Forfeiture
☐ Declaratory Judgment
☐ Injunction or Restraining Order
☐ Other

**Real Property**
☐ Adverse Possession
☐ Ejectment
☐ Eminent Domain
☐ Eviction
☐ Judicial Foreclosure
☐ Lien Assertion
☐ Partition
☐ Tax Sale: Confirm/Cancel
☐ Title Boundary or Easement
☐ Other

**Torts**
☐ Bad Faith
☐ Fraud
☐ Loss of Consortium
☐ Malpractice - Legal
☐ Malpractice - Medical
☐ Mass Tort
☐ Negligence - General
☐ Negligence - Motor Vehicle
☐ Product Liability
☐ Subrogation
☐ Wrongful Death
☐ Other

FILED
04/10/2015 08:11 AM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

## IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY
PETITIONER                                    CAUSE NO. 2015-0204

### PETITION FOR APPOINTMENT OF GENERAL GUARDIAN
### AND LETTERS OF GUARDIANSHIP

The Petitioner, Patty Westberry, files this Petition for Appointment as General Guardian and Letters of Guardianship of the person and estate of William Blake McClendon a minor and in support thereof would state the following to the Court:

1.     Petitioner, Patty Westberry is an adult resident citizen of the Scott County, Mississippi and resides at 96 Farris Park Road, Morton, Mississippi 39117. Petitioner is the biological mother of the minor child.

2.     The minor child, William Blake McClendon, a male born July 27, 1996 has resided with the Petitioner all of his life in Scott County, Mississippi.   A copy of the minor's birth certificate is attached hereto as exhibit "A".

3.     The natural father of the minor child Willie Cleveland McClendon died on or about January 4, 2015.  A copy of his death certificate is attached hereto as exhibit "B".

4.     The Petitioner is a fit and proper person to be appointed general guardian of the minor child and is willing and able to assume the responsibility of general guardian of the person of the minor child.  The Petitioner is over the age of eighteen (18) years, and of sound mind and is not a convicted felon. The minor, William Blake McClendon, joins in this petition for Guardianship.

5.     At the time of Willie Cleveland McClendon's death, he had a life insurance policy on his life for the benefit of the minor child.  The insurance company has required a guardianship be created to accept the funds on behalf of the minor child.  The Petitioner requests she be authorized to

accept the funds on behalf of the minor child.  The funds shall be deposited in a Guardianship account for the benefit of the minor child.  The bank will sign an Acknowledgment of Receipt of Certified Copy of Order and Receipt of Cash Funds for the guardianship account.  The funds shall not be withdrawn except by Order of this Court.

6.       The minor, William Blake McClendon, is not in possession of any real or personal property, except his clothing and the proceeds from the life insurance policy.  As such, the Petitioner asks that the requirement of posting a bond be waived.  The Petitioner further asks that the taking of an inventory be waived.

**WHEREFORE, PREMISES CONSIDERED,** the Petitioner, Patty Westberry, respectfully request she be appointed General Guardian of the person, William Blake McClendon; that Letters of Guardian be granted to her, upon taking and filing a Guardian's Oath as required by law; that she be authorized to accept the funds on behalf of the minor child; that and that the requirement of posting a bond and taking an inventory be waived.

Petitioner requests such other general and specific relief as they may be entitled to.

Dated this the __9__ day of April 2015.

Respectfully Submitted:

*Patty Westberry*
Patty Westberry, Petitioner

Submitted by:

*S. Malcolm O. Harrison*
S. Malcolm O. Harrison, MSB# 9965
ATTORNEY AT LAW
P.O. Box 483
Jackson, MS 39205-0483
601/948-5030
malcolm.harrison@comcast.net

Page **2** of 3

STATE OF MISSISSIPPI
COUNTY OF SCOTT

    Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Patty Westberry who being by me first duly sworn states on oath that the facts, matters and allegations in the above and foregoing Petition for Appointment of General Guardian and Letters of Guardianship are true and correct as therein stated.

*Patty Westberry*
Patty Westberry

Sworn to and subscribed before me this the ___ day of April 2015.

NOTARY PUBLIC

My Commission Expires:

**JOINDER**

STATE OF MISSISSIPPI
COUNTY OF SCOTT

    Personally came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named William Blake McClendon, a minor who being by me first duly sworn states that he joins in the above and foregoing Petition for Appointment of General Guardian and Letters of Guardianship.

*William Blake McClendon*
William Blake McClendon

Sworn to and subscribed before me this the ___ day of April 2015.

NOTARY PUBLIC

Page 3 of 3

STATE OF MISSISSIPPI

MISSISSIPPI STATE DEPARTMENT OF HEALTH
VITAL RECORDS

96 20825

| | | | |
|---|---|---|---|
| TYPE OR PRINT WITH BLACK INK | FILING DATE JUL 31 1996 | | |
| CHILD | 1. CHILD - NAME    First    Middle    Last    WIDLEKN    BLAKE    MCCLENDON | 2a. DATE OF BIRTH (Month, Day, Year) Redacted 1996 | 2b. HOUR OF BIRTH 3:45 P M |
| | 3. SEX MALE    4a. THIS BIRTH SINGLE | | |
| | 5a. HOSPITAL OR CLINIC - NAME METHODIST MEDICAL CENTER 25N | 5b. CITY OR TOWN OF BIRTH JACKSON | 5c. COUNTY OF BIRTH HINDS |
| FATHER | 7a. FATHER - NAME    First    Middle    Last    WILLIE    MCCLENDON    BLACK | 7c. DATE OF BIRTH (Month, Day, Year) Redacted 1956 | 7d. STATE OF BIRTH MS |
| MOTHER | 8a. MOTHER - NAME    First    Middle    Maiden    PATTY    DENISE    THOMPSON    WHITE | 8c. DATE OF BIRTH (Month, Day, Year) Redacted 1966 | 8d. STATE OF BIRTH MS |
| For RESIDENCE items, enter actual location of home rather than mailing address. | 9a. RESIDENCE - STATE MS    9b. COUNTY SCOTT    9c. CITY OR TOWN MORTON | 9d. INSIDE CITY LIMITS YES | 9e. STREET AND NUMBER OR RURAL LOCATION 3407 HWY 80 RIVERDALE |
| | 10a. MAILING ADDRESS - STREET AND NUMBER OR ROUTE AND BOX NUMBER 3407 HWY 80 RIVERDALE APT 13    MORTON | | 10c. STATE AND ZIP CODE MS 39117 |
| INFORMANT | 11a. I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT SIGNATURE OF EITHER PARENT ▶ Patten Washburn | 11b. SOCIAL SECURITY CARD REQUESTED FOR NEWBORN YES | 11c. DATE SIGNED |
| CERTIFIER | 12a. I CERTIFY THAT THE STATED INFORMATION CONCERNING THIS CHILD IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF SIGNATURE ▶ Gidget Mays | 12b. DATE SIGNED 07-31-96 | 12c. ATTENDANT'S NAME AND TITLE (Type or Print) CHILD (REQUIRES) REAR CERTIFIED (Type or Print) TAONEI I MUSHAYANDEBVU |
| | 12d. CERTIFIER - NAME AND TITLE (Type or Print) GIDGET MAYS, NEWBORN DEPT. | 12e. MAILING ADDRESS (Street and Number or RFD Number, City or Town, State, Zip Code) 1850 CHADWICK DR JACKSON MS 39204 | |

EXHIBIT
A

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

F. E. Thompson, Jr. MD
F. E. Thompson, Jr., MD, M.P.H.
STATE HEALTH OFFICER

Rita Cox Gunter
Rita Cox Gunter
STATE REGISTRAR

AUG -8 96

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
### VITAL RECORDS

11495842

CERTIFICATE OF DEATH
STATE OF MISSISSIPPI

DECEDENT'S LEGAL NAME (First, Middle, Last)
Willie Cleveland McClendon

Male    828 P    January 3, 2015

☐ White   ☐ Black or African American   ☐ Chinese   ☐ Filipino   ☐ Japanese   ☐ Korean   ☐ Vietnamese   ☐ Native Hawaiian   ☐ Samoan   ☐ Asian Indian   ☐ Guamanian or Chamorro
☐ Other Asian (Specify)
☐ American Indian or Alaska Native (Name of the enrolled tribe or band)

DATE OF BIRTH    1956    Forest, MS

PLACE OF DEATH
Lackey Memorial Hospital Forest, MS

39074    Scott

FATHER'S NAME
Wilbur McClendon Sr.

MOTHER'S NAME PRIOR TO FIRST MARRIAGE
Martha Mae Richmond
7090 Hillsboro Ludlow Rd    39074

Burial   Salucta M.B. Cem Forest, MS

Wolf Funeral Services 62-W    FE0632    P.O. Box 586 Morton, MS 39117

Jason E. Loy  FNP-C    January 4, 2015    828 P.

Phyllis Irby  DMEI    1847 Irby Road Morton, MS 39117

Phyllis Irby
DMEI   January ... 2015

CAUSE OF DEATH
(a) Cardiac arrest

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

1/23/2015

Judy Moulder
STATE REGISTRAR

EXHIBIT
B

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

MISSISSIPPI STATE BOARD OF HEALTH

CHANMN BK 12A PG 384
06/12/2015 03:28 PM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY
PETITIONER                                              CAUSE NO. **2015-0204**

## ORDER APPOINTING GENERAL GUARDIAN
## AND LETTERS OF ADMINISTRATION

This matter having come before the Court on the Petition of Patty Westberry for Appointment as General Guardian and for Letters of Administration of the person of the minor William Blake McClendon and the Court, after being fully advised in the premises does find as follows: The Petitioner, Patty Westberry, files this Petition for Appointment as General Guardian and Letters of Guardianship of the person and estate of William Blake McClendon a minor and in support thereof would state the following to the Court:

1.      That Petitioner, Patty Westberry is an adult resident citizen of the Scott County, Mississippi and resides at 96 Farris Park Road, Morton, Mississippi 39117. Petitioner is the biological mother of the minor child.

2.      That the minor child, William Blake McClendon, a male born July 27, 1996 has resided with the Petitioner all of his life in Scott County, Mississippi.   A copy of the minor's birth certificate is attached to the Petition as exhibit "**A**".

3.      That the natural father of the minor child Willie Cleveland McClendon died on or about January 4, 2015.  A copy of his death certificate is attached to the Petition as exhibit "**B**".

4.      That the Petitioner is a fit and proper person to be appointed general guardian of the minor child and is willing and able to assume the responsibility of general guardian of the person of the minor child.  The Petitioner is over the age of eighteen (18) years, and of sound mind and is not a convicted felon. The minor, William Blake McClendon, joins in this petition for

CHANNN 12A 385
06/12/2015-03:28-PM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

Guardianship.

5.      That at the time of Willie Cleveland McClendon's death, he had a life insurance policy on his life for the benefit of the minor child.  The insurance company has required a guardianship be created to accept the funds on behalf of the minor child.  The Petitioner requests she be authorized to accept the funds on behalf of the minor child.  The funds shall be deposited in a Guardianship account for the benefit of the minor child.   The bank will sign an Acknowledgment of Receipt of Certified Copy of Order and Receipt of Cash Funds for the guardianship account.  The funds shall not be withdrawn except by Order of this Court.

6.      That the minor, William Blake McClendon, is not in possession of any real or personal property, except his clothing and the proceeds from the life insurance policy.  As such, the Petitioner asks that the requirement of posting a bond be waived.  The Petitioner further asks that the taking of an inventory be waived.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Petition is accepted and that the Petitioner, Patty Westberry is hereby appointed as General Guardian of the person and estate of William Blake McClendon; a minor and that the Letters of Guardianship be granted to her, upon taking and filing a Guardian's Oath as required by law.  It is further ordered that the requirement of posting a bond and taking an inventory be waived.

**SO ORDERED AND ADJUDGED** this the _12th_ day of ___June___ 2015.

_____
CHANCELLOR

Submitted by:

S. Malcolm O. Harrison, MSB# 9965
ATTORNEY AT LAW
Post Office Box 483
Jackson, Mississippi 39205-0483
(601) 948-5030
malcolm.harrison@comcast.net

2

GAE8ND BK 19 PG 173
06/12/2015 03:29 PM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY
PETITIONER                                    CAUSE NO.2015-0204

### OATH OF GUARDIAN

I, Patty Westberry, do solemnly swear or affirm that I will faithfully, to the best of my

ability, discharge my duties as General Guardian of the minor child, William Blake

McClendon, according to the law, so help me God.

This the _12_ day of _June_ 2015.

_Patty Westberry_
PATTY WESTBERRY

Sworn to and subscribed before me this the _12_ day of _June_ 2015.

_Stacie Murray_
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 58826
STACIE MURRAY
Commission Expires
March 7, 2016
SCOTT COUNTY

GAEBND BK 19 PG 174
06/12/2015 03:33 PM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

## IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY, PETITIONER          CAUSE NO. **2015-0204**

### LETTERS OF GUARDIANSHIP

**Whereas,** This Court has appointed Patty Westberry Guardian of the minor child, William Blake McClendon, and in support thereof would state the following to the Court:

**We therefore, by these letters,** authorize Patty Westberry as Guardian aforesaid, to discharge all the duties required of her by law and by the order of this Court.

**Witness, the Honorable H. David Clark,** Judge of the Chancery Court of the County of Scott, this the 12th day of June, in the year of our Lord Two Thousand and fifteen, the seal of said Court hereunto affixed.

Issued the 12th day of June 2015.

LEE ANNE LIVINGSTON PALMER,
Chancery Clerk

By _____, D.C.

I, Lee Anne Livingston Palmer, Clerk of the Chancery Court in and for the County of Scott and State of Mississippi that the above is a true copy of the Letters of Guardianship upon the person and estate of William Blake McClendon and in support thereof would state the following to the Court; that the Letters of Guardianship was granted and issued to Patty Westberry on the 12th day of June, 2015, as the same appears on file and of record in my office, in Jackson, in said county and state.

Given under my hand and the seal of said court at Forest, MS, in said County and state this 12th day of June 2015.

LEE ANNE LIVINGSTON PALMER,
Chancery Clerk

By _____, D.C.

FILED
10/12/2015 09:30 AM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY                                          PETITIONER

V.                                                    CAUSE NO. 2015-0204

DEFENDANT ONEAMERICA COMPANY
D/B/A CONSTITUTION LIFE INSURANCE COMPANY            RESPONDENT

## MOTION FOR DECLARATORY RELIEF and SPECIFIC PERFORMANCE

COMES NOW Patty Westberry, the Guardian of William McClendon, a minor, and files this Motion for Declaratory Relief and Specific Performance against OneAmerica Company d/b/a American United Life Insurance Company and in support thereof would state the following to the Court:

1.      Petitioner, Patty Westberry is an adult resident citizen of the Scott County, Mississippi and resides at 96 Farris Park Road, Morton, Mississippi 39117.  Petitioner is the biological mother of the minor child and was appointed Guardianship of the minor child by this court on or about June 12, 2015.

2.      The minor child, William Blake McClendon, a male born July 27, 1996 has resided with the Petitioner all of his life in Scott County, Mississippi.

3.      Respondent OneAmerica Company d/b/a American United Life Insurance Company is a foreign corporation, believed to be domiciled in the state of Mississippi, and is licensed and doing business in the State of Mississippi. Defendant may be served with process by delivering a copy of the Summons and Complaint to its statutory agent for service of process, the same being Mike Chaney, Insurance Commissioner for the State of Mississippi, 550 High Street,

Jackson, Hinds County, Mississippi, 39202. At all material times, OneAmerica Company d/b/a American United Life Insurance Company, did buiness and is continuing to do business, in the state of Mississippi.

4.     At the time of Willie Cleveland McClendon's death, he had Voluntary Term Life Coverage and Basic Life Coverage through Respondent American United Life Insurance Company on his life for the benefit of his minor child through his employer. The policy holder was the decedent's employer Unipres USA Inc. and the group number is 613742. The insurance documents evidencing this policy are attached here to as exhibit "A". To this date, Respondent refused and failed to pay on the insurance contract.

5.     Petitioner request that this Court declare the rights, status, and legal relations of the parties under the contract of insurance at issue, specifically, the amount of benefits due and payable to the minor child under the policy at issue, pursuant to M.R.C.P. 57 (Declaratory Judgments). Futher Petitioner requests specific preformance of the contract of issurance.

**WHEREFORE, PREMISES CONSIDERED**, the Petitioner, Patty Westberry, respectfully request that summons be issued to Defendant Constitution Life Insurance Company and they be required to appear and answer this Motion for Declaratory Judgment and for specific preformance.

Plaintiff further Requests that this Court declare the rights, status, and legal relations for and between Plaintiff and Defendants with respect to the policy of insurance at issue herein, specifically, the amount of benefits due and payable to Petitioner as Guardian of the minor child under the policy at issue.

Petitioner requests such other general and specific relief as they may be entitled to.

RESPECTFULLY SUBMITTED, this the 8th day of October, 2015.

S. Malcolm O. Harrison, Esq. MSB# 9965
ATTORNEY FOR PETITIONER

Of Counsel:
S. Malcolm O. Harrison, Esq. MSB# 9965
P.O. Box 483
Jackson, MS  39205-0483
(601) 948-5030
Malcolm.Harrison@Malcolmharrisonlawoffice.com



## UNIPRES

# Benefits Enrollment/ Change Form - 2015

| Employee Name (Last, First, MI) | Social Security Number |
|---|---|
| Mc Clendon Willie C | |

| Home Address | City | State | ZIP |
|---|---|---|---|
| 7090 Hillsboro Ludlow RD | Forest | MS. | 39074 |

| Gender | Marital Status | Home Number | Hours Worked Per Week |
|---|---|---|---|
| ☑ Male ☐ Female | ☐ Single ☑ Married | 601-625-8304 | |

| Email Address | Occupation/Title | Date of Birth: Redacted | 56 |
|---|---|---|---|

| FT Hire Date/ Qualifying Event Date | Effective Date of Coverage | Reason for Enrollment | ☐ Open Enrollment ☐ New Hire | ☐ Change/ Qualifying Event ☐ Termination |
|---|---|---|---|---|

To elect or decline coverage, complete this section. I understand that I have been given the opportunity to participate in the group insurance plans offered by my Employer. I elect or decline the coverage(s) indicated below for which I am required to contribute. If I request Medical, Dental, or Vision insurance after my initial eligibility period, I understand that I may be subject to pre-existing condition limitations unless I have had continuous credible coverage for at least the previous 12 month period. Please see each carrier application for complete details.

### Coverage Requested

**MEDICAL**

| Cigna - $250 Deductible Plan | Weekly |
|---|---|
| ☑ Single | $8.79 |
| ☐ Employee + Spouse | $15.23 |
| ☐ Employee + Child(ren) | $14.77 |
| ☐ Family | $27.79 |

☐ I decline all Medical coverage

**DENTAL**

| Delta Dental | ☐ Low Plan | ☐ High Plan |
|---|---|---|
| ☑ Single | $0.00 | $.50 |
| ☐ Employee + Spouse | $0.00 | $1.00 |
| ☐ Employee + Child(ren) | $0.0 | $1.50 |
| ☐ Family | $0.00 | $2.00 |

☐ I decline all Dental coverage

**VISION**

| Eye Med | Weekly |
|---|---|
| ☑ Employee Only | $0.50 |
| ☐ Employee + Spouse | $1.00 |
| ☐ Employee + Children | $1.50 |
| ☐ Family | $2.00 |

☐ I decline all Vision coverage

**If applying for Dependent Coverage, complete section below:**

| Spouse Name: | DOB: |
|---|---|
| SSN: | Gender: M / F |

| Child #1 Name: | DOB: |
|---|---|
| SSN: | Gender: M / F |
| Full-Time Student? Y / N | |

| Child #2 Name: | DOB: |
|---|---|
| SSN: | Gender: M / F |
| Full-Time Student? Y / N | |

| Child #3 Name: | DOB: |
|---|---|
| SSN: | Gender: M / F |
| Full-Time Student? Y / N | |

| Child #4 Name: | DOB: |
|---|---|
| SSN: | Gender: M / F |
| Full-Time Student? Y / N | |

| Child #5 Name: | DOB: |
|---|---|
| SSN: | Gender: M / F |
| Full-Time Student? Y / N | |



EXHIBIT
A

**BASIC LIFE AND AD&D** — *Premium*

☑ Employee $20,000 / Spouse $5,000 / Child(ren) $2,000 — *Employer Paid Benefit*

**SHORT-TERM DISABILITY** — *Premium*

☑ 60% of weekly income to a maximum of $1,500 per week — *Employer Paid Benefit*

**LONG-TERM DISABILITY** — *Premium*

☑ 20% of monthly income up to $5,000 per month — *Employer Paid Benefit*

☑ 20% Buy-Up LTD option (Annual Salary / 100* $0.22 / $2) Employee Paid

**VOLUNTARY TERM LIFE INSURANCE** - *Employee Paid*

| | *Premium (Age Banded Rates)* | *Elected Amount* |
|---|---|---|
| ☑ Voluntary Employee Life and AD&D *Guaranteed Issue $50,000 *$10,000 increments up to 5X's your Annual Earnings | ~~$5.00~~ | 150,000 |
| ☑ Voluntary Spouse Life and AD&D *Guaranteed Issue $50,000 *$5,000 increments up to 50% of employee election amount | | |
| ☐ Voluntary Dependent Child Life and AD&D *Guaranteed Issue $10,000 *$5,000 increments up to 50% of employee election amount | | |

**VOLUNTARY WORKSITE BENEFITS** - *Employee Paid*

| | | *Premium* |
|---|---|---|
| ☑ Allstate Cancer and Specified Disease | ☐ EE $ 5.39  ☐ ES $ 8.15 ☐ EC $ 7.31  ☐ FAM $10.46 | 8.39 |
| no ☐ AFLAC Accident - High and Low Plans | ☐ EE $ 4.53/ 2.27  ☐ ES $ 6.80/ 3.40 ☐ EC $ 7.95/ 3.98  ☐ FAM $10.22/ 5.10 | no |
| no ☐ AFLAC Critical Illness | Rates based on Age, Lump Sum amount chosen, and Tobacco use. | no |

**BENEFICIARY DESIGNATION** - Must be completed even if waiving Voluntary Coverages

| Name | Address | City, State, ZIP | Relationship | % | Primary or Contingent |
|---|---|---|---|---|---|
| William McClendon | 7090 Hillbriar | Forest MS | Son | all | |

7090 Hillbriar Ludlow RD Forest MS 39099

**ACKNOWLEDGEMENTS**

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of coverage.

I hereby authorize Unipres to deduct from my earnings the appropriate amount of $$ to make the necessary changes and/or adjustments as indicated on this form, with regard to my choices for group benefits, and to remit any deducted to the appropriate insurance company or Benefit Plan. All qualified premiums will be deducted on a pre-tax basis unless otherwise noted in writing to the Department of Human Resources. I understand by my participation in these plans that:

• I may not change or stop participation during the plan year unless my family or employment status changes (i.e. marriage, divorce, death of a spouse or child, birth or adoption of a child, beginning or termination of employment of a spouse, etc.). Such a change in my election must be the result of, and consistent with the event causing the election change, and must qualify under the terms and conditions of the plan. All changes outside the open enrollment period must be submitted to Human Resources within 30 days of the qualifying event.

• In addition, I understand that the election that are appropriate and correct will be effective on the date signed this form.

• Further events do not affect my optional life insurance coverage(s) at the time of eligibility or if I elect and later decide to drop coverage, I understand that I will be required to furnish medical evidence of insurability at my own expense, and the insurance company will have the right to refuse my request for coverage.

• I have received and read all written materials provided to me describing the plans, and agree to the terms of participation set forth in the written materials. THIS AGREEMENT IS SUBJECT TO THE TERMS OF THE EMPLOYER'S CAFETERIA PLAN, AS AMENDED FROM TIME TO TIME IN EFFECT, SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH APPLICABLE LAWS, SHALL TAKE EFFECT AS A SEALED INSTRUMENT UNDER APPLICABLE LAWS, AND REVOKES ANY PRIOR ELECTION AND COMPENSATION REDIRECTION AGREEMENT RELATING TO SUCH PLAN.

**SIGNATURE(S):** The employee must sign in all cases. Each person signing below acknowledges that he or she has read and understands the statements and declarations made in this enrollment form.

x _Willie C. McClendon_   _Willie McClendon_   _12-8-14_
Employee Signature    Print Name    Date

IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY                                          PETITIONER

V.                                                       CAUSE NO. 2015-0204

DEFENDANT ONEAMERICA COMPANY
D/B/A CONSTITUTION LIFE INSURANCE COMPANY               RESPONDENT

TO: Mike Chaney
    Insurance Commissioner for the State of Mississippi
    550 High Street
    Jackson, Mississippi 39202
    **o/b/o OneAmerica Company d/b/a**
    **Constitution Life Insurance Company**

### NOTICE TO DEFENDANT

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

        You are required to mail or hand-deliver a copy of your written response to the Complaint to S. Malcolm O. Harrison, the attorney for Plaintiff, whose street address is 100 West Amite Street, Jackson, Mississippi 39201, and whose mailing address is Post Office Box 483, Jackson, Mississippi 39205-0483.  Your response must be mailed or delivered within *thirty* (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this court within a reasonable time afterward.

        Issued under my hand and the seal of the Court, this ___10th___ day of October 2015.

(Seal)

                                        LEA ANNA PALMER, CHANCERY CLERK
                                        SCOTT COUNTY, MISSISSIPPI

                                        BY: _____ D.C.

Of Counsel:

S. Malcolm O. Harrison, MSB # 9965
ATTORNEY AT LAW
P.O. Box 483
Jackson, MS  39205-0483
(601) 948-5030
malcolm.harrison@malcolmharrisonlawoffice.com

FILED
10/15/2015 09:01 AM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

## IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY                                                        PETITIONER

V.                                                       CAUSE NO. 2015-0204

DEFENDANT ONEAMERICA COMPANY
D/B/A CONSTITUTION LIFE INSURANCE COMPANY              RESPONDENT

TO: Mike Chaney
     Insurance Commissioner for the State of Mississippi
     550 High Street
     Jackson, Mississippi 39202
     **o/b/o OneAmerica Company d/b/a**
     **Constitution Life Insurance Company**

### NOTICE TO DEFENDANT

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of your written response to the Complaint to S. Malcolm O. Harrison, the attorney for Plaintiff, whose street address is 100 West Amite Street, Jackson, Mississippi 39201, and whose mailing address is Post Office Box 483, Jackson, Mississippi 39205-0483. Your response must be mailed or delivered within *thirty* (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this court within a reasonable time afterward.

Issued under my hand and the seal of the Court, this ___10th___ day of October 2015.

(Seal)                                      LEA ANNE PALMER, CHANCERY CLERK
                                            SCOTT COUNTY, MISSISSIPPI

                                            BY: _____ D.C.

Of Counsel

S. Malcolm O. Harrison, MSB # 9965
ATTORNEY AT LAW
P.O. Box 483
Jackson, MS  39205-0483
(601) 948-5030
malcolm.harrison@malcolmharrisonlawoffice.com

## PROOF OF SERVICE

I, <u>Sandra D. Cotton</u> , being at the date and time of this service am at least 18 years of age and not a party to this action.  I served the <u>**Summons & Motion for Declaratory Relief and Specific Performance**</u>  upon <u>**MIKE CHANEY, Insurance Commissioner for the State of Mississippi c/o CHRISTY PARKER, Admin. Asst. to Deputy Commissioner**</u>  in the manner set forth below and I received a fee <u>**$  0**</u>  for this service.

☑ **PERSONAL SERVICE**
I personally delivered a copy of the <u>**Summons & Motion for Declaratory Relief and Specific Performance**</u>  to <u>**MIKE CHANEY, Insurance Commissioner for the State of Mississippi c/o CHRISTY PARKER, Admin. Asst. to Deputy Commissioner**</u> on the <u>**13th**</u> day of <u>**October, 2015**</u> in <u>**Hinds**</u> County, Mississippi.

☐ **RESIDENCE SERVICE**
After exercising reasonable diligence, I was unable to deliver copies of the Summons and Complaint to the above stated person within _____County, Mississippi, therefore, I served the Summons and Complaint on the ___ day of_____ 2015, at the usual place of abode of said person by leaving a true and correct copy of the Summons and Complaint with _____, who is the _____ of the person being served, is above the age of sixteen years and is willing to receive same.  Thereafter, on the _____ day of 2015, I mailed (by first class mail, postage prepaid), copies of same to the person being served at his/her usual place of abode where the copies were left.

*Sandra D. Cotton*
**PROCESS SERVER**

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named *Sandra D Cotton* who being first by me duly sworn state on oath that the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

DATED this the 14th day of *October* 2015.

*[signature]*
NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 58826
STACIE MURRAY
Commission Expires
March 7, 2016
SCOTT COUNTY



FILED
10/19/2015 12:14 PM
Lee Anne Livingston Palmer,
Chancery Clerk
Scott County, Mississippi

# MISSISSIPPI INSURANCE DEPARTMENT

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**J. MARK HAIRE**
Deputy Commissioner of Insurance

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.state.ms.us

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming-USA)

October 13, 2015

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7031 3205 1338

Constitution Life Insurance Company
c/o United States Corporation Company
506 South President Street
Jackson, MS 39201

In Re:  Civil Action No. 15-0204
In the Matter of the Guardianship of William Blake McClendon vs. Defendant, One America Company d/b/a Constitution Life Insurance Company, in the Circuit Court of Scott County, Mississippi

Dear Sir or Madam:

        We enclose copy of the Summons and Complaint in the above-styled cause which has been received in the Commissioner of Insurance's Office on October 13, 2015 at 2:02 p.m.

Respectfully,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY Christy Parker
Secretary to Deputy Commissioner

MC/cp
Enclosures
pc:    Honorable Joe Rigby
        P.O. Box 371
        Forest, MS 39074

FILED
10/22/2015 08:43 AM
Lee Anne Livingston Palmer   Chancery Clerk
Scott County, Mississippi

### IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY                                           PETITIONER

V.                                                       CAUSE NO. 2015-0204

DEFENDANT ONEAMERICA COMPANY
D/B/A AMERICAN UNITED LIFE INSURANCE COMPANY        RESPONDENT

### AMENDED MOTION FOR DECLARATORY RELIEF and SPECIFIC PERFORMANCE

COMES NOW Patty Westberry, the Guardian of William McClendon, a minor, and files this Amended Motion for Declaratory Relief and Specific Performance against OneAmerica Company d/b/a American United Life Insurance Company and in support thereof would state the following to the Court:

1.      Petitioner, Patty Westberry is an adult resident citizen of the Scott County, Mississippi and resides at 96 Farris Park Road, Morton, Mississippi 39117.   Petitioner is the biological mother of the minor child and was appointed Guardianship of the minor child by this court on or about June 12, 2015.

2.      The minor child, William Blake McClendon, a male born July 27, 1996 has resided with the Petitioner all of his life in Scott County, Mississippi.

3.      Respondent OneAmerica Company d/b/a American United Life Insurance Company is a foreign corporation, believed to be domiciled in the state of Mississippi, and is licensed and doing business in the State of Mississippi.  Defendant may be served with process by delivering a copy of the Summons and Complaint to its statutory agent for service of process, the same being Mike Chaney, Insurance Commissioner for the State of Mississippi, 550 High Street,

Jackson, Hinds County, Mississippi, 39202.  At all material times, OneAmerica Company d/b/a American United Life Insurance Company, did buiness and is continuing to do business, in the state of Mississippi.

4. At the time of Willie Cleveland McClendon's death, he had Voluntary Term Life Coverage and Basic Life Coverage through Respondent American United Life Insurance Company on his life for the benefit of his minor child through his employer.  The policy holder was the decedent's employer Unipres USA Inc. and the group number is 613742.  The insurance documents evidencing this policy are attached here to as exhibit "A".  To this date, Respondent refused and failed to pay on the insurance contract.

5. Petitioner request that this Court declare the rights, status, and legal relations of the parties under the contract of insurance at issue, specifically, the amount of benefits due and payable to the minor child under the policy at issue, pursuant to M.R.C.P. 57 (Declaratory Judgments). Futher Petitioner requests specific preformance of the contract of issurance.

**WHEREFORE, PREMISES CONSIDERED,** the Petitioner, Patty Westberry, respectfully request that summons be issued to Defendant OneAmerica Company d/b/a American United Life Insurance Company and they be required to appear and answer this Amended Motion for Declaratory Judgment and for specific preformance.

Plaintiff further Requests that this Court declare the rights, status, and legal relations for and between Plaintiff and Defendants with respect to the policy of insurance at issue herein, specifically, the amount of benefits due and payable to Petitioner as Guardian of the minor child under the policy at issue.

Petitioner requests such other general and specific relief as they may be entitled to.

RESPECTFULLY SUBMITTED, this the 21st day of October, 2015.

S. Malcolm O. Harrison, Esq. MSB# 9965
ATTORNEY FOR PETITIONER

Of Counsel:
S. Malcolm O. Harrison, Esq. MSB# 9965
P.O. Box 483
Jackson, MS 39205-0483
(601) 948-5030
Malcolm.Harrison@Malcolmharrisonlawoffice.com

IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY                                           PETITIONER

V.                                                       CAUSE NO. 2015-0204

DEFENDANT ONEAMERICA COMPANY
D/B/A AMERICAN UNITED LIFE INSURANCE COMPANY            RESPONDENT

TO: Mike Chaney
    Insurance Commissioner for the State of Mississippi
    550 High Street
    Jackson, Mississippi 39202
    **OneAmerica Company d/b/a**
    **American United Life Insurance Company**

### NOTICE TO DEFENDANT

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

    You are required to mail or hand-deliver a copy of your written response to the Complaint to
S. Malcolm O. Harrison, the attorney for Plaintiff, whose street address is 100 West Amite Street,
Jackson, Mississippi 39201, and whose mailing address is Post Office Box 483, Jackson, Mississippi
39205-0483.  Your response must be mailed or delivered within *thirty* (30) days from the date of
delivery of this summons and complaint or a judgment by default will be entered against you for the
money or other things demanded in the complaint.

    You must also file the original of your response with the Clerk of this court within a reasonable
time afterward.

    Issued under my hand and the seal of the Court, this 22nd day of October 2015.

(Seal)

LEA ANNE PALMER, CHANCERY CLERK
SCOTT COUNTY, MISSISSIPPI

BY: _____ D.C.

Of Counsel:

S. Malcolm O. Harrison, MSB # 9965
ATTORNEY AT LAW
P.O. Box 483
Jackson, MS  39205-0483
(601) 948-5030
malcolm.harrison@malcolmharrisonlawoffice.com



**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

**MARK HAIRE**
Deputy Commissioner of Insurance

**RICKY DAVIS**
State Chief Deputy Fire Marshal

## MISSISSIPPI INSURANCE DEPARTMENT

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.mid.ms.gov

FILED
10/26/2015 09:35 AM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi
MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474

October 22, 2015

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
91 7199 9991 7031 3205 1314

OneAmerica Company d/b/a
American United Life Insurance Company
United States Corporation Company
506 South President Street
Jackson, MS 39201

In Re:  Civil Action No. 2015-0204
Patty Westberry vs. Defendant OneAmerica Company d/b/a American United Life Insurance
Company, in the Chancery Court of Scott County, Mississippi

Dear Sir or Madam:

    We enclose a copy of the Summons and Amended Motion for Declaratory Relief and
Specific Performance in the above-styled cause which has been received in the Commissioner of
Insurance's Office on October 22, 2015 at 2:38 p.m.

                    Respectfully,

                    MIKE CHANEY
                    COMMISSIONER OF INSURANCE

                    BY _____
                    Christy Parker
                    Secretary to Deputy Commissioner

MC/cp
Enclosures
Pc:   Honorable Lea Anne Palmer
      P.O. Box 630
      Forest, MS 39074

FILED
10/29/2015 08:48 AM
Lee Anne Livingston Palmer
Chancery Clerk
Scott County, Mississippi

## IN THE CHANCERY COURT OF SCOTT COUNTY, MISSISSIPPI

IN THE MATTER OF THE GUARDIANSHIP
OF WILLIAM BLAKE MCCLENDON

PATTY WESTBERRY                                                    PETITIONER

V.                                                        CAUSE NO. 2015-0204

DEFENDANT ONEAMERICA COMPANY
D/B/A AMERICAN UNITED LIFE INSURANCE COMPANY                    RESPONDENT

TO: Mike Chaney
    Insurance Commissioner for the State of Mississippi
    550 High Street
    Jackson, Mississippi 39202
    **OneAmerica Company d/b/a**
    **American United Life Insurance Company**

### NOTICE TO DEFENDANT

**THE COMPLAINT ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of your written response to the Complaint to S. Malcolm O. Harrison, the attorney for Plaintiff, whose street address is 100 West Amite Street, Jackson, Mississippi 39201, and whose mailing address is Post Office Box 483, Jackson, Mississippi 39205-0483. Your response must be mailed or delivered within *thirty* (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this court within a reasonable time afterward.

Issued under my hand and the seal of the Court, this 27ʰ day of October 2015.

(Seal)

                                        LEA ANNE PALMER, CHANCERY CLERK
                                        SCOTT COUNTY, MISSISSIPPI

                                        BY: _____ D.C.

Of Counsel:

S. Malcolm O. Harrison, MSB # 9965
ATTORNEY AT LAW
P.O. Box 483
Jackson, MS  39205-0483
(601) 948-5030
malcolm.harrison@malcolmharrisonlawoffice.com

## PROOF OF SERVICE

I,   __Sandra Cotton__ , being at the date and time of this service am at least 18 years of age and not a party to this action.  I served the __Summons & Complaint__ upon __Christy Parker Admin Assist to Commissioner Mike Chaney__  in the manner set forth below and I received a fee $ ___ for this service.

☒ **PERSONAL SERVICE**
I personally delivered a copy of the __Summons & Complaint__ to __Christy Parker Admin Assist to Commissioner Mike Chaney__ on the __22nd__ day of  __Ocotber 2015__ in __Hinds__ County, Mississippi.

☐ **RESIDENCE SERVICE**
After exercising reasonable diligence, I was unable to deliver copies of the Summons and Complaint to the above stated person within _____County, Mississippi, therefore, I served the Summons and Complaint on the ___ day of____ 2015, at the usual place of abode of said person by leaving a true and correct copy of the Summons and Complaint with _____, who is the _____ of the person being served, is above the age of sixteen years and is willing to receive same.  Thereafter, on the _____ day of 2015, I mailed (by first class mail, postage prepaid), copies of same to the person being served at his/her usual place of abode where the copies were left.

_Sandra Cotton_
**PROCESS SERVER**

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Sandra Cotton_, who being first by me duly sworn state on oath that the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

DATED this the __26th__ day of __October__ , 2015.

_Stacie Murray_
**NOTARY PUBLIC**

My Commission Expires:

ID # 58826
STACIE MURRAY
STATE OF MISSISSIPPI
NOTARY PUBLIC
Commission Expires
March 7, 2016
SCOTT COUNTY