IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PATTY WESTBERRY

    Petitioner,

v.

ONEAMERICA COMPANY d/b/a
AMERICAN UNITED LIFE INSURANCE
COMPANY

    Respondent.

CIVIL ACTION NO. 3:15-CV-850-DPJ-FKB

*FILED Southern District of Mississippi, MAR 17 2016, ARTHUR JOHNSTON, BY ___ DEPUTY*

## FINAL ORDER AND JUDGMENT

Before the Court is Defendant American United Life Insurance Company's Motion for Entry of Stipulated Order and Consent Judgment. The Court, having carefully considered the Motion, finds that it is well taken and due to be granted. The Court, therefore, ORDERS as follows:

1. That jurisdiction and venue are proper in this Court.

2. That the Court authorizes and directs the Clerk of the Court to draw a check on the funds on deposit in the Court Registry Investment System in the principal amount of $14,919.60, which shall be paid to Wolf Funeral Services, Inc., 3054 Hwy 80 West, Morton, MS 39117.

3. That the Court authorizes and directs the Clerk of the Court to draw a check on the funds on deposit in the Court Registry Investment System in the principal amount of $135,850.95, plus any accrued interest earned on the deposit, which shall be paid to Malcolm Harrison and Patty Westberry, the Guardian of William Blake McClendon, a minor, jointly, P.O. Box 483, Jackson, MS 39205.

4. That having deposited the proceeds of all life insurance coverage provided to Willie Cleveland McClendon under the Group Life Insurance Policy No. 613742 (the "Policy") issued to Unipres USA (the "Policy"), including accrued interest in the Court Registry Investment System, AUL is discharged and released from any liability arising from or relating to William C. McClendon's benefits under the Policy or any certificate under the Policy issued to William C. McClendon, and AUL is hereby dismissed with prejudice from this action;

5. Pursuant to 28 U.S.C. § 2361, Plaintiff Patty Westberry, the Guardian of William McClendon, a minor and Third-Party Defendant Wolf Funeral Services, Inc. (collectively, the "Claimants"), and anyone acting either directly or indirectly on their behalf, are permanently enjoined from commencing any action in any State or United States court against AUL arising from or relating to William C. McClendon's benefits under the Policy or any certificate under the Policy issued to William C. McClendon.

6. That this action is dismissed with prejudice as to all parties.

SO ORDERED, this the 17th day of March, 2016.

_____
HONORABLE DANIEL P. JORDAN, III

ORDER REVIEWED AND AGREED TO IN ALL RESPECTS BY:

_____
**Thomas J. Butler,**
Attorney for American United Life Insurance Company

_____
**Malcolm Harrison**
Attorney for Petitioner Patty Westberry

**Wolf Funeral Services, Inc.**

By: _____

Its: _____